[Nos. 55067-5-I; 55164-7-I.   Division One.   June 19, 2006.]

DAVID KUNKLE ET AL., *Appellants,* v. WESTERN WIRELESS CORPORATION ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 02-2-26228-7, Bruce W. Hilyer, J., entered April 1, 2003, and September 9 and October 4, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 55319-4-I.   Division One.   June 19, 2006.]

*In the Matter of the Marriage of* LISA ANNE CRAZE, *Appellant,* and ANDREW COLIN CRAZE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-08917-0, Bruce W. Hilyer, J., entered October 26, 2004. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 55521-9-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES HENRY DUKES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-10351-5, Steven G. Scott, J., entered January 4, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Dwyer, JJ.

[No. 55583-9-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK K. EATON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-09201-5, Anthony P. Wartnik, J., entered January 10, 2005. *Affirmed* by unpublished per curiam opinion.